**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| GILBERTO FRANCO, on behalf of himself and all others similarly situated, | : : : : | CASE NO.:  1:13-cv-04053-KBF |
| Plaintiff, | : : | |
| vs. | : : | **NOTICE OF APPEAL** |
| ALLIED INTERSTATE LLC f/k/a ALLIED INTERSTATE, INC., | : : : | |
| Defendant. | : : | |
| | x | |

PLEASE TAKE NOTICE that Gilberto Franco ("Plaintiff"), on behalf of himself and all

others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from

the District Court's Judgment, entered in this action on April 3, 2014 [Doc. 79], which denied

Plaintiff's Motion for Class Certification and granted Defendant's Motion to Dismiss Plaintiff's

First Amended Class Action Complaint, as well as, and including, the District Court's

Memorandum Decision and Order entered on April 2, 2014 [Doc. 78], which set forth the District

Court's reasoning for denying class certification and granting the dismissal. This appeal is taken

from the entirety of the Memorandum Decision and Order and Judgment and each and every aspect

thereof.

DATED:      Jersey City, New Jersey
              April 28, 2014

*s/ Andrew T. Thomasson*
Andrew T. Thomasson, Esq.
THOMASSON LAW, LLC
101 Hudson Street, 21st Floor
Jersey City, New Jersey 07302
Telephone: (201) 479-9969
Facsimile:  (855) 479-9969
E-Mail: andrew@thomassonllc.com

*One of the Attorneys for Plaintiff, Gilberto*
*Franco, and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| GILBERTO FRANCO, on behalf of himself and all others similarly situated, | : : : : : | CASE NO.:  1:13-cv-04053-KBF |
| Plaintiff, | : : | |
| vs. | : : : | **CERTIFICATE OF SERVICE** |
| ALLIED INTERSTATE LLC f/k/a ALLIED INTERSTATE, INC., | : : : | |
| Defendant. | : : | |
| | x | |

   I, Andrew T. Thomasson, being duly admitted to practice law in the State of New Jersey and admitted *pro hac vice* in the above-captioned matter, hereby affirm under the penalties of perjury that on April 28, 2014, I served the within documents and all supporting papers on the Clerk of this Court using the CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.


             *s/ Andrew T. Thomasson*
             Andrew T. Thomasson, Esq.
             THOMASSON LAW, LLC
             101 Hudson Street, 21st Floor
             Jersey City, New Jersey 07302
             Telephone: (201) 479-9969
             Facsimile:  (855) 479-9969
             E-Mail: andrew@thomassonllc.com

             *One of the Attorneys for Plaintiff, Gilberto*
             *Franco, and all others similarly situated*