USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 19, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
GILBERTO FRANCO, on behalf of himself : 
and all others similarly situated, :
                       Plaintiff, :    13-cv-4053 (KBF)
        -v- :
:     ORDER
ALLIED INTERSTATE LLC, :
:
                       Defendant. :
-------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The Court would like to know whether the parties prefer a remand decision on defendant's motion to enter judgment now, or to wait until the Supreme Court issues its decision in Campbell-Ewald Co. v. Gomez, 135 S. Ct. 2311 (2015) (granting writ of certiorari). The case was argued on October 14, 2015. The Court does not have a preference towards either immediate resolution or waiting. The parties shall submit an update (jointly or separately) via ECF not later than **November 23, 2015.** The Court's decision is otherwise ready to be issued immediately.

    SO ORDERED.

Dated:    New York, New York
            November 19, 2015

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge