| | | |
|---|---|---|
| Philip D. Stern *<br>Andrew T. Thomasson<br><br>* also admitted in D.C. | **STERN•THOMASSON**<br>*A Limited Liability Partnership*<br>2816 Morris Avenue, Suite 30<br>Union, NJ  07083-4870<br>(973) 379-7500 | WRITER'S E-MAIL:<br>andrew@sternthomasson.com<br><br>WRITER'S DIRECT DIAL:<br>(973) 665-2056 |

November 23, 2015

Hon. Katherine B. Forrest, U.S.D.J.
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *Franco vs. Allied Interstate LLC f/k/a Allied Interstate, Inc.*
      S.D.N.Y. Case No. 1:13-cv-04053-KBF

Dear Judge Forrest,

  I am co-counsel of record for Plaintiff, Gilberto Franco. I submit this letter in response to the Court's recent Order [Doc. 98], which directed the Parties' to inform the Court whether they prefer a remand decision on defendant's motion to enter judgment now, or to wait until the Supreme Court issues its decision in *Campbell-Ewald Co. v. Gomez*, 135 S.Ct. 2311 (2015).

  In view of the Court's advisement that its decision is "ready to be issued immediately," Plaintiff prefers the Court proceed with issuing its decision. This case has been pending since June 2013, and the delay in its resolution has prejudiced the Plaintiff and thousands of putative class members who seek *monetary* redress for the wrongs Defendant visited upon them. In short, a further stay of this case—for what may be another 6 months or more—will only serve to benefit Defendant and further prejudice the Plaintiff and putative class members.

Respectfully submitted,

Andrew T. Thomasson
*Via ECF Filing and*
*Via e-mail to  ForrestNYSDChambers@nysd.uscourts.gov*

cc: All Counsel of Record *via ECF Filing and E-Mail*